AO 93 (Rev. 5/85) Search Warrant

# DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

Premises located at
▬▬▬▬▬▬▬
Wilmington, DE 19801

## SEARCH WARRANT

CASE NUMBER: 05-74m

REDACTED

(4)

TO: __Special Agent Mark McHugh_____ and any assisting law enforcement officer of the United States and any assisting state and local police officers. Affidavit(s) having been made before me by __SA Mark McHugh_____ who has reason to believe that ___ on the person of or _x_ on the premises known as (name, description and/or location)

▬▬▬▬▬▬▬, Wilmington, DE 19801

in the _____ District of _____Delaware_____ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B, which is incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _April 25, 2005_____
                                                                  Date

(not to exceed 10 days) the place named above for the property specified, and serving this warrant and making the search in the daytime -- 6:00 a.m. to 10:00 p.m. and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _United States Magistrate Judge Mary Pat Thynge_ as required by law.

_4/15/05  3:47 P.M._              at       _Wilmington, Delaware_____
Date and Time                                City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware                         _[signature]_____
Name and Title of Judicial Officer           Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/15/05 | 4/15/05 approx 4:30pm | Kevin MCLEAN |

**INVENTORY MADE IN THE PRESENCE OF**

S/A Eric Miller

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

- Nokia Cellphone & charger
- 7-11 Shopping bag containing miscellaneous receipts/documents
- Black "Dickie" Jacket
- Black leather "AVIREX" Jacket
- miscellaneous plastic bags and rubber bands
- Black rubber gloves
- Four plastic bags containing approximately 1,264 small heat-sealed bags of heroin

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* U.S. Judge or Magistrate       4/18/05 Date